■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAAL ALI, Appellant.—

Present— Callahan, J. P., Boomer, Green, Pine and Lawton, JJ.